```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**ALIYA HAIDER,**

                Plaintiff,        20-cv-2752 (JGK)

    - against -              <u>ORDER</u>

**GELLER & COMPANY LLC, ET AL.,**

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to unseal this case.

**SO ORDERED.**

**Dated:    New York, New York**
           **April 28, 2020**          ____/s/ John G. Koeltl_____
                                                       **John G. Koeltl**
                                     **United States District Judge**