**20 CV 2752**  *JUGE KOELTL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ALIYA HAIDER,

                        Plaintiff,                    Civ. No.

      -- against --

                                                ORDER

GELLER & COMPANY LLC; GELLER ADVISORS
LLC; and BERGER LEGAL SECONDMENT &
SOLUTIONS, LLC D/B/A BLISS LAWYERS,

                        Defendants.
-----------------------------------------------------------------x

VALERIE E. CAPRONI, United States District Judge:

    It is hereby ORDERED:

1. This case shall remain under seal ~~until further order of the Court.~~ *for seven (7) days unless the seal is extended by the assigned judge.*

2. Not later than *April 7, 2020* at 5:00 p.m., any parties wishing this case to remain under seal are directed to submit a brief in support of their contention that the Court should permit this action to remain under seal.

3. ~~On _____, the parties are directed to show cause why the Court should permit this action to remain under seal. This hearing will occur via the Court's dedicated teleconference line at _____, Access Code _____.~~ *If the assigned judge wishes to hear oral argument, he or she will set a time and date for a teleconference.*

SO ORDERED.

Date: *April 2, 2020* ~~[ADD DATE]~~                          _/s/ Valerie Caproni_
      New York, New York                           VALERIE E. CAPRONI
                                                 United States District Judge

                                                 *Part I*