```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────────

ALIYA HAIDER,

                Plaintiff,          20-cv-2752 (JGK)

     - against -                 <u>ORDER</u>

GELLER & COMPANY LLC, ET AL.,

                Defendants.

────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Clerk is directed to seal the unredacted complaint (Dkt. No. 6) and permit the parties to file a redacted copy of the complaint.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **April 29, 2020**              ____/s/ John G. Koeltl____
                                                 **John G. Koeltl**
                                       **United States District Judge**