**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

ALIYA HAIDER,

               Plaintiff,         20-cv-2752 (JGK)

    - against -                 <u>ORDER</u>

GELLER & COMPANY LLC, ET AL.,

               Defendants.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties should provide the Court with a status report by August 25, 2020.

**SO ORDERED.**

**Dated:   New York, New York**
            **August 11, 2020**          /s/ John G. Koeltl
                                                **John G. Koeltl**
                                       **United States District Judge**